# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
## SOUTHERN DIVISION

| | |
|---|---|
| **Janet Redeker,** | ) |
| | ) |
|        **Plaintiff,** | ) |
| | ) |
| V. | )   Case No. 10-3032-CV-S-JTM |
| | ) |
| **Michael J. Astrue,** | ) |
| | ) |
|        **Defendant.** | ) |

## ORDER

On Tuesday, May 10, 2011, the Court heard oral argument on the *Plaintiff's Social Security Brief*, filed September 28, 2010 [Doc. 8]; the *Brief Of Defendant*, filed January 12, 2011 [Doc 13]; and the *Plaintiff's Reply Brief*, filed February 7, 2011 [Doc. 14]. After due consideration of the issues presented, and in accordance with the reasoning set forth by the Court at the conclusion of the May 10, 2011 oral argument, it is

**ORDERED** that this matter is **REVERSED AND REMANDED** to the Social Security Administration pursuant to 42 U.S.C. §405(g), sentence 4 for action consistent with the decision of the Court as set forth at the conclusion of the oral argument on May 10, 2011. It is further

**ORDERED** that the Commissioner shall obtain from the court reporter a copy of the transcript of the oral argument so that the Commissioner will know the basis upon which this case is remanded.

                                                  */s/ John T. Maughmer*
                                                  **JOHN T. MAUGHMER**
                                                  **U. S. MAGISTRATE JUDGE**